## 74575. SCOTT v. THE STATE.
### (357 SE2d 297)

DEEN, Presiding Judge.

The appellant, Stephen Scott, was indicted, tried, and convicted of armed robbery, along with his co-defendant, Willie Porter. Scott was sentenced to life imprisonment, and this appeal followed.

1. Scott contends that the trial court erred while instructing the jury by referring to the co-defendants plurally and not making it clear that under the evidence the jury might acquit one defendant though the other was convicted. Scott's co-defendant successfully raised the same issue in his separate appeal. *Porter v. State*, 182 Ga. App. 624 (356 SE2d 703) (1987). Accordingly, for the reasons stated in *Porter v. State*, supra, retrial is necessary.

2. Scott's remaining enumerations are either rendered moot, concern matters not likely to recur upon retrial, or are without merit.

*Judgment reversed. Birdsong, C. J., and Pope, J., concur.*

DECIDED MAY 11, 1987.

*Clifton O. Bailey III*, for appellant.

*Lewis R. Slaton, District Attorney, Joseph J. Drolet, Wendy Shoob, Benjamin H. Oehlert III, Assistant District Attorneys*, for appellee.